# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **07 - CV - 00573**

(To be supplied by the court)

Wade Cole, Applicant

v.

State of Colorado, Respondent

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 12 2007

GREGC... ... ...NGHAM
CLERK

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. §1915
## IN A PETITION FOR RELIEF PURSUANT TO RULE 60(b)(4)

---

I request leave to commence this civil action without prepayment of fees or security therefore pursuant to 28 U.S.C. §1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefore.

2. I am entitled to redress.

3. I have $1.03 in my prison account.

4. My other assets and their value are listed below:

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

N/A

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. §1746; 18 U.S.C. §1621

Executed on this 8th day of March, 2007

Wade Cole

Wade Cole
DOC #114016

## Required certification

Attached to this motion and affidavit is a certificate of the warden or other appropriate officer of the institution in which I am confined as to the amount of money or securities currently on deposit in my inmate trust fund account (or institutional equivalent).

**Inmate: COLE, WADE S**
**Booking #: 822457**
**Permanent ID: 761635**

| Trans Date/Time | Back Date/Time | Code | SubCd | Trans Amount | Deposit From/Withdrawal To | Receipt # | Cur Cd | Rev |
|---|---|---|---|---|---|---|---|---|
| 02/27/2007 08:53 | | CO | 2 | .20 | COMMISSARY SUMMARY POSTIN | 40779914 | | |
| 02/23/2007 14:04 | | CE | 2 | 30 | COPIES | 40555896 | | |
| 02/20/2007 15:23 | | CO | 2 | 8.66 | COMMISSARY SUMMARY POSTIN | 4027825 | | |
| 02/14/2007 09:09 | | CO | 2 | 37.86 | COMMISSARY SUMMARY POSTIN | 39784490 | | |
| 02/09/2007 08:11 | | OT | 1 | 48.00 | | 39284906 | OTHER | |
| 02/08/2007 10:27 | 02/08/2007 11:11 | CO | 2 | 2.60 | COMMISSARY SUMMARY POSTIN | 39288111 | | |
| 02/02/2007 17:21 | | CO | 2 | 6.94 | COMMISSARY SUMMARY POSTIN | 38881474 | | |
| 01/29/2007 17:16 | | CRV | 2 | -2.58 | COMMISSARY SUMMARY REVER | 38437?7 | | |
| 01/23/2007 08:49 | | CRV | 2 | .41 | COMMISSARY SUMMARY REVER | 37595?7 | | |
| 01/23/2007 08:49 | | CRV | 2 | -6.47 | COMMISSARY SUMMARY REVER | 37595?3 | | |
| 01/22/2007 14:36 | | CO | 2 | 13.78 | COMMISSARY SUMMARY POSTIN | 37515560 | | |
| 01/17/2007 09:41 | | CO | 2 | 9.09 | COMMISSARY SUMMARY POSTIN | 37096643 | | |
| 01/16/2007 12:57 | | OT | 1 | 6.40 | CO WAGES 12-2006 | 3686373 | OTHER | |
| 01/09/2007 08:35 | 01/15/2007 14:50 | CK | 1 | 4.25 | CO | 3623417 | MAIL | |
| 01/08/2007 08:52 | 01/08/2007 11:43 | CK | 1 | 12.18 | ST OF CO | 3619015 | | |
| 01/04/2007 10:30 | | CO | 2 | 1.01 | COMMISSARY SUMMARY POSTIN | 3597268 | | |
| 12/27/2006 11:44 | | CO | 2 | 1.17 | COMMISSARY SUMMARY POSTIN | 3541892 | | |
| 12/24/2006 07:51 | | CK | 1 | 2.35 | CO BOA | 35173?1 | | |

*(handwritten)* I certify that this is an official document

Maria E Gamble  3/8/07

MARIA E. GAMBLE
NOTARY
# 06008236
EXP. 08/22/10
PUBLIC
STATE OF OKLAHOMA

*(handwritten)* Balance 1.03